| | |
|---|---|
| 1 | Linda J. Thayer, Esq. (SBN 195,115) |
| | linda.thayer@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304-1203 |
| | Telephone:    (650) 849-6600 |
| 5 | Facsimile:    (650) 849-6666 |
| 6 | Barbara C. McCurdy, Esq. (*Admitted ProHac Vice*) |
| | barbara.mccurdy@finnegan.com |
| 7 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| 8 | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001 |
| 9 | Telephone:    (202) 408-4000 |
| | Facsimile:    (202) 408-4400 |
| 10 | |
| 11 | Attorneys for Defendant |
| | INTERTRUST TECHNOLOGIES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MACROVISION CORPORATION, | ) | CASE NO. CV 06-04659 JW |
| Plaintiff, | ) | **STIPULATION [AND PROPOSED** |
| v. | ) | **ORDER] TO EXTEND TIME TO** |
| INTERTRUST TECHNOLOGIES CORPORATION, | ) | **ANSWER COMPLAINT** |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME TO ANSWER**
CASE NO. 06-04659 JW

Dockets.Justia.com

Pursuant to Civil L.R. 6-1(a), Defendant Intertrust Technologies Corporation ("Intertrust") has requested, and Plaintiff Macrovision Corporation ("Macrovision") has agreed, to extend the time for Intertrust to respond to Macrovision's Complaint from August 22, 2006 to August 28, 2006. This extension will not alter the date of any event or any deadline already fixed by Court order.

Accordingly, it is hereby stipulated that Intertrust has until August 28, 2006 to respond to the Complaint.

By her signature below, counsel for Defendant swears under penalty of perjury that counsel for Plaintiff concurred in the filing of this document.

DATED: August 21, 2006         FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By  / s /
Linda J. Thayer
Attorneys for Defendant Intertrust Technologies Corporation.

DATED: August 21, 2006         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  / s /
Michael D. Powell
Attorneys for Plaintiff Macrovision Corporation

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 22, 2006         _____
James Ware
United States District Judge