1  Linda J. Thayer, Esq. (SBN 195,115)
   linda.thayer@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Barbara C. McCurdy, Esq. (*Admitted ProHac Vice*)
   barbara.mccurdy@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Avenue, N.W.
   Washington, D.C. 20001
9  Telephone:     (202) 408-4000
   Facsimile:     (202) 408-4400

10

11 Attorneys for Defendant
   INTERTRUST TECHNOLOGIES CORPORATION

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16 MACROVISION CORPORATION,              CASE NO. CV 06-04659 JW

17            Plaintiff,                 **STIPULATION [AND PROPOSED**
                                         **ORDER] TO EXTEND TIME TO**
18       v.                              **ANSWER COMPLAINT**

19 INTERTRUST TECHNOLOGIES
   CORPORATION,
20
            Defendant.
21

22

23

24

25

26

27

28

                                         **STIPULATION TO EXTEND TIME TO ANSWER**
                                         CASE NO. 06-04659 JW

1    Pursuant to Civil L.R. 6-1(a), Defendant Intertrust Technologies Corporation ("Intertrust")

2  has requested, and Plaintiff Macrovision Corporation ("Macrovision") has agreed, to extend the time

3  for Intertrust to respond to Macrovision's Complaint from August 22, 2006 to August 28, 2006.

4  This extension will not alter the date of any event or any deadline already fixed by Court order.

5    Accordingly, it is hereby stipulated that Intertrust has until August 28, 2006 to respond to the

6  Complaint.

7    By her signature below, counsel for Defendant swears under penalty of perjury that counsel

8  for Plaintiff concurred in the filing of this document.

9

DATED:  August 21, 2006          FINNEGAN, HENDERSON, FARABOW, GARRETT
10                                & DUNNER, LLP

11

12                                By_____/ s /_____
                                    Linda J. Thayer
13                                  Attorneys for Defendant Intertrust Technologies
                                    Corporation.
14
DATED:  August 21, 2006          QUINN EMANUEL URQUHART OLIVER &
15                                HEDGES, LLP

16

17                                By_____/ s /_____
                                    Michael D. Powell
18                                  Attorneys for Plaintiff Macrovision Corporation

19                        **[PROPOSED] ORDER**

20        **PURSUANT TO STIPULATION, IT IS SO ORDERED**

21

22
Dated:  August 22, 2006          _____
23                                  James Ware
                                    United States District Judge
24

25

26

27

28

**STIPULATION TO EXTEND TIME TO ANSWER**
                                      CASE NO. 06-04659 JW